## ERIC KLEIN ET AL. *v.* NORWALK HOSPITAL

The named plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 771 (AC 28646), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the judgment on the ground of harmless error?"

The Supreme Court docket number is SC 18395.

*Brenden P. Leydon,* in support of the petition.

*Kara A. T. Murphy* and *Frank W. Murphy,* in opposition.

Decided June 25, 2009